No. 85–6252.  BROWN v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 85–6254.  FIGUEROA v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 85–6292.  CLIFFORD v. DAUGHERTY ET AL.  C. A. 3d Cir. Certiorari denied.

No. 85–6347.  BIRDSELL v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 85–6348.  SAM v. LOUISIANA.  Ct. App. La., 3d Cir.  Certiorari denied.

No. 85–6349.  WHITE v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 85–6357.  HILL v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 85–6366.  JOHNSON v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 85–6381.  WILSON v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 85–6383.  BROOKS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 85–6422.  SHOOK v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 85–6433.  FORMAN v. BAER, CHAIRMAN, UNITED STATES PAROLE COMMISSION.  C. A. 3d Cir.  Certiorari denied.

No. 85–6435.  CAMACHO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 85–6442.  TAYLOR v. WHITE, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 85–6471.  KLIER v. OREGON.  Sup. Ct. Ore.  Certiorari denied.